UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BEVERLY H. ACTON,

    Plaintiff,                                  Case No. 16-cv-12036
                                                  Hon. Matthew F. Leitman
v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

_____/

## ORDER (1) ADOPTING RECOMMENDED DISPOSITION OF REPORT AND RECOMMENDATION (ECF #21), (2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF #15), AND (3) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF #20)

In this action, Plaintiff Beverly H. Acton challenges the denial of her application for disability insurance benefits. (*See* Compl., ECF #1.) Acton and the Defendant, the Commissioner of Social Security, have now filed cross-motions for summary judgment. (*See* ECF ## 15, 20.)

On August 8, 2017, the assigned Magistrate Judge issued a Report and Recommendation in which she recommended that the Court grant the Commissioner's motion and deny Acton's motion (the "R&R"). (*See* ECF #21.) At the conclusion of the R&R, the Magistrate Judge informed the parties that if they wanted to seek review of her recommendation, they needed to file specific objections with the Court within fourteen days. (*See id.* at Pg. ID 673-74.)

1

Acton has not filed any objections to the R&R.  The failure to file objections to an R&R waives any further right to appeal. *See Howard v. Sec'y of Health and Human Servs.,* 932 F.2d 505 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987).  Likewise, the failure to object to an R&R releases the Court from its duty to independently review the matter. *See Thomas v. Arn,* 474 U.S. 140, 149 (1985).

Accordingly, because Acton has failed to file any objections to the R&R, **IT IS HEREBY ORDERED** that the Magistrate Judge's recommendation to grant the Commissioner's motion and deny Acton's motion is **ADOPTED**.

**IT IS FURTHER ORDERED** that (1) Acton's Motion for Summary Judgment (ECF #15) is **DENIED** and (2) the Commissioner's Motion for Summary Judgment (ECF #20) is **GRANTED**.

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated:  September 5, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 5, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda  
Case Manager  
(810) 341-9764